IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gordon, Roosevelt

Printed: 5/13/08

Case Number: 04 B 27603
Judge: Hollis, Pamela S
Filed: 7/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2007
Confirmed: November 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,890.00 |  |
| Secured: |  | 8,116.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 573.05 |
| Other Funds: |  | 0.00 |
| Totals: | 10,890.00 | 10,890.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | General Motors Acceptance Corp | Secured | 10,341.27 | 8,116.95 |
| 3. | B-First | Unsecured | 84.00 | 0.00 |
| 4. | Capital One | Unsecured | 32.06 | 0.00 |
| 5. | Capital One | Unsecured | 92.67 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 1,065.69 | 0.00 |
| 7. | Hinsdale Lake Terrace Apartments | Unsecured |  | No Claim Filed |
| 8. | Home Depot | Unsecured |  | No Claim Filed |
| 9. | Good Samaritan Hospital | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | TCF Bank | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 14. | Suburban Radiologist | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,815.69 | $ 10,316.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 198.25 |
| 4% | 54.00 |
| 3% | 41.10 |
| 5.5% | 177.10 |
| 5.4% | 102.60 |
|  | $ 573.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gordon, Roosevelt | Case Number:  04 B 27603 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  7/26/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                 Marilyn O. Marshall, Trustee, by:

